No. 89-1241.  ROBINSON ET AL. *v.* DINNER BELL MEATS ET AL. C. A. 6th Cir.  Certiorari denied.

No. 89-1243.  GALLOWAY ET AL. *v.* ZUCKERT ET AL.  Ct. App. Iowa.  Certiorari denied.

No. 89-1246.  AGAN *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 89-1249.  VITALE ET UX. *v.* CITY OF NEW HAVEN ET AL. C. A. 2d Cir.  Certiorari denied.

No. 89-1256.  WRENN *v.* MCFADDEN ET AL.  C. A. 4th Cir. Certiorari denied.

No. 89-1257.  MCMARTIN ET AL. *v.* CHILDREN'S INSTITUTE INTERNATIONAL ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 89-1259.  HUYSSEN *v.* FIRST UNION HOME EQUITY CORP. C. A. 5th Cir.  Certiorari denied.

No. 89-1282.  BARKER *v.* CITY OF PHILADELPHIA ET AL.  Pa. Commw. Ct.  Certiorari denied.

No. 89-1304.  WICKERSHAM *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 89-1338.  WALTER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89-1347.  BESSAY *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 89-1353.  R. W. MEYER, INC. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 89-1365.  DAMIANI *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89-6043.  WILLIAMS *v.* MCCARTHY ET AL.  C. A. 9th Cir. Certiorari denied.